# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVAL WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>R. VELLA, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:04-CV-05728-REC-LJO-P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN TO THE COURT<br><br>(Doc. 1) |

Plaintiff Norval Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 18, 2004. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state a cognizable claim for relief under 42 U.S.C. § 1983 against defendants Zamora, Fugate, Escamilla, Fiero, and Chrones for use of excessive force, in violation of the Eighth Amendment.[1] Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    SGT. J. ZAMORA

    C/O J. D. FUGATE

    C/O S. ESCAMILLA

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's excessive force claim against defendants Vella and Villreal, verbal threat claim against defendant Villareal, due process claim, equal protection claim, retaliation claim, and assault and battery claims be dismissed from this action for failure to state any claims upon which relief may be granted, and defendants Vella and Villareal be dismissed from this action based on plaintiff's failure to state any claim upon which relief may be granted against them.

1

        C/O D. FIERO

        A/W L. A. CHRONES

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 18, 2004.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five (5) copies of the endorsed complaint filed May 18, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **September 26, 2005**           /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE