UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVAL WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>R. VELLA, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05728-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

    Plaintiff Norval Williams ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 27, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 27, 2005, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed May 18, 2004, against defendants Zamora, Fugate, Escamilla, Fiero, and Chrones on plaintiff's Eighth Amendment excessive force claim;

3. Plaintiff's excessive force claim against defendants Vella and Villareal is DISMISSED for failure to state a claim upon which relief may be granted;

4. Plaintiff's verbal threat claim defendant Villareal is DISMISSED for failure to state a claim upon which relief may be granted;

5. Plaintiff's due process, equal protection, and retaliation claims are DISMISSED for failure to state a claim upon which relief may be granted;

6. Plaintiff's assault and battery claims against defendants Zamora, Fugate, Escamilla, and Fiero are DISMISSED for failure to state a claim upon which relief may be granted; and,

7. Defendants Vella and Villareal are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

Dated: **November 8, 2005**          /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE