IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NORVAL WILLIAMS,**<br><br>            Plaintiff,<br><br>      v.<br><br>**R. VELLA, et al.,**<br><br>            Defendants. | 1:04-cv-05728-REC-LJO-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(Doc. 27)** |

Defendants Zamora, Fugate, Escamilla, and Fiero's request for an extension of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing, Defendants have until March 9, 2006, to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   February 9, 2006**                    /s/ Lawrence J. O'Neill
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1