# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVAL WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>R. VELLA, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. CV-F-04-5728 REC LJO P<br><br>ORDER GRANTING DEFENDANT CHRONES' REQUEST TO JOIN IN MOTION TO DISMISS (Doc. 32)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (Doc. 29) |

Plaintiff Norval Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed May 18, 2004, against defendants Zamora, Fugate, Escamilla, Fiero, and Chrones for use of excessive force, in violation of the Eighth Amendment. On March 9, 2006, defendants Zamora, Fugate, Escamilla, and Fiero filed a motion to dismiss for failure to exhaust the available administrative remedies. Fed. R. Civ. P. 12(b). On April 21, 2006, defendant Chrones filed a request to join in the motion. Defendant's request shall be granted.

More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m). Plaintiff is required to file a response to the motion within thirty days from the date of service of this order. If plaintiff fails to file a response, this action shall be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

Based on the foregoing, it is HEREBY ORDERED that:

1. Defendant Chrones' request to join in the pending motion to dismiss is GRANTED;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion to dismiss; and

3. The failure to file an opposition or a statement of non-opposition in compliance with this order will result in a recommendation that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:     April 24, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE